# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KEVIN CLAY, | : |
| Plaintiff, | : Case No. 3:24-cv-10 |
| v. | : Judge Thomas M. Rose |
| GATEWAY FINANCIAL SOLUTIONS, | : Magistrate Judge Caroline H. Gentry |
| Defendant, | : |

**ENTRY AND ORDER ADOPTING THE REPORT AND RECOMMENDATION (DOC. NO. 4), AND DISMISSING PLAINTIFF'S COMPLAINT (DOC. NO. 3)**

Currently before the Court is the Report and Recommendation (Doc. No. 4) of Magistrate Judge Caroline H. Gentry, issued on November 7, 2025. Therein, Magistrate Judge Gentry recommends that the Court dismiss Plaintiff Kevin Clay's ("Plaintiff") pending federal claims for failure to state a claim upon which relief may be granted. (*Id.* at PageID 25-27.) Magistrate Judge Gentry further recommends that the Court dismiss Plaintiff's pending state law claims, as he cannot conceivably establish diversity jurisdiction. (*Id.* at PageID 28-30.)

The Court has conducted a *de novo* review of the record in this case and, noting that no objections have been filed regarding Magistrate Judge Gentry's Report and Recommendation, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Gentry's Report and Recommendation (Doc. No. 4) in its entirety. Accordingly, Plaintiff's Complaint (Doc. No. 3) is hereby **DISMISSED** and the Clerk is directed to **TERMINATE** this matter on the Court's docket. The Court further **CERTIFIES** that an appeal

of this Order would not be taken in good faith and Plaintiff is therefore **DENIED** leave to appeal *in forma pauperis*.

   **DONE** and **ORDERED** in Dayton, Ohio, this Friday, December 5, 2025.

                       s/Thomas M. Rose

                      _____
                       THOMAS M. ROSE
                    UNITED STATES DISTRICT JUDGE